# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RICHARD S. BAILEY, SR. AND SHARON BAILEY,<br><br>  Plaintiffs,<br><br>v.<br><br>B. BRAUN MEDICAL, INC., AESCULAP INCORPORATED, AESCULAP IMPLANT SYSTEMS, B. BRAUN INTERVENTIONAL SYSTEMS, JOHN AND JANE DOES I-X, and BLACK AND WHITE CORPORATIONS I-X,<br><br>  Defendants. | Case No.: 1:16-cv-01544-WSD |

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing DEFENDANTS B. BRAUN MEDICAL INC., AESCULAP, INC., AESCULAP IMPLANT SYSTEMS, LLC, AND B. BRAUN INTERVENTIONAL SYSTEMS INC.'S INITIAL DISCLOSURES has on this 12th day of October, 2016, been served via electronic mail and UPS overnight delivery to the following attorneys of record:

Stephen "Buck" Daniel
The Nations Law Firm
1932 N. Druid Hills Road, NE
Suite 250
Atlanta, GA 30305

Robert W. Boatman
Matthew R. Boatman
Paul L. Stoller
C. Lincoln Combs
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225

                                             */s/ Sean Jessee*
                                             Sean Jessee