UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| RICHARD S. BAILEY SR., SHARON BAILEY, a married couple, | ) ) ) |
| *Plaintiffs,* | ) ) CIVIL ACTION   NO. 1:16-CV-01544-WSD ) |
| v. | ) ) **CERTIFICATE OF SERVICE** |
| B. BRAUN MEDICAL INC., a Pennsylvania corporation; AESCULAP INCORPORATED, a Pennsylvania corporation; AESCULAP IMPLANT SYSTEMS, a Pennsylvania corporation; B. BRAUN INTERVENTIONAL SYSTEMS, a Delaware corporation, | ) ) ) ) ) ) ) ) |
| *Defendants*. | ) |

The undersigned counsel hereby certifies that Plaintiffs' Initial Disclosure Statement was served the 12th day of October, 2016, by electronic mail and U.S. Mail, postage prepaid, to the following counsel of record for defendants:

Daniel Tranen
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
101 West Vandalia Street Suite 220
Edwardsville, IL 62025

Lori G. Cohen
Sean P. Jessee
Marcella Ducca
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road N.E., Suite 2500
Atlanta, GA 30305

DATED this 12th day of October, 2016.

        GALLAGHER & KENNEDY, P.A.

        By */s/ Paul L. Stoller*
           Paul L. Stoller (*admitted pro hac vice*)
           Lincoln C. Combs (*admitted pro hac vice*)
           Matthew R. Boatman (*admitted pro hac vice*)
           2575 East Camelback Road
           Phoenix, Arizona  85016-9225
           Phone: (602) 530-8000
           Fax: (602) 530-8500
           paul.stoller@gknet.com
           lincoln.combs@gknet.com
           Matt.boatman@gknet.com

           THE NATIONS LAW FIRM
           Stephen "Buck" Daniel
           Georgia Bar No. 777514
           1932 N. Druid Hills Rd., NF, Ste. 250
           Atlanta, Georgia 30305
           Phone:  (404) 692-4378
           Fax:     (713) 807-8423
           buck@howardnations.com

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

     I hereby certify that on this 12th day of October, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

        */s/ Deborah Yanazzo*
        Deborah Yanazzo